**McDonnell Crowley, LLC**
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
bcrowley@mcdonnellcrowley.com
Brian T. Crowley (BC2778)
*Counsel to John M. McDonnell,*
*Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NORTH CONNECTIONS LOGISTICS, INC.,<br><br>Debtor. | Case No. 12-30629 (KCF)<br><br>Honorable Kathryn C. Ferguson<br><br>Chapter 7 |

**ORDER GRANTING RELIEF SOUGHT IN CHAPTER 7 TRUSTEE'S APPLICATION IN SUPPORT OF HIS RENEWED MOTION TO COMPEL TURNOVER OF DEBTOR'S ASSETS TO THE CHAPTER 7 TRUSTEE, AND DIRECTING TD BANK TO <u>COOPERATE WITH THE TRUSTEE AND HIS PROFESSIONALS</u>**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

| | |
|---|---|
| Debtor: | North Connections Logistics, Inc. |
| Case No.: | Case No. 12-30629 (KCF) |
| Caption of Order**:** | Order granting relief sought in Chapter 7 Trustee's Application in support of his Renewed Motion to Compel Turnover of Debtor's Assets to the Chapter 7 Trustee, and Directing TD Bank to Cooperate with the Trustee and his Professionals |

**UPON** the verified application (the "Application")[1] filed in support of the renewed Turnover Motion of John M. McDonnell, Chapter 7 Trustee (the "Trustee") for the estate North Connections Logistics, Inc., the Chapter 7 Debtor (the "Debtor"), by and through his counsel, McDonnell Crowley, LLC, seeking entry of an order (i) to compel TD Bank, N.A. ("TD Bank") to turnover to the Trustee certain property of the estate, pursuant to sections 105, 541, 542, and 704 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), (ii) directing the TD Bank to cooperate with the Trustee and his professionals, and (iii) granting such other relief as this Court deems just, proper, and equitable; and the Court finding that (i) it has jurisdiction over the matters raised in the Turnover Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) the relief requested in the Turnover Motion is in the best interests of the Debtor's estate and its creditors, (iv) adequate notice of the Turnover Motion and the hearing thereon has been given and that no other or further notice is necessary, and (v) upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein;

**IT IS HEREBY ORDERED** that:

1. TD Bank is directed to turnover to the Trustee any and all funds of the Debtor, including, but not limited to, the TD Account Funds, within five (5) days from the entry of this Order.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Application.